No. —, Original. *Ex parte:* IN THE MATTER OF EMPIRE MACHINERY & SUPPLY COMPANY ET AL., PETITIONERS. Submitted October 1, 1923. Decided October 8, 1923. Motion for leave to file petition for a writ of mandamus and/or prohibition and/or certiorari herein denied. *Mr. Jacob Louis Morewitz* for petitioners.

---

No. —, Original. *Ex parte:* IN THE MATTER OF THE STATE OF NEW YORK ET AL., PETITIONERS. Submitted October 1, 1923. Decided October 8, 1923. Motion for leave to file petition for a writ of prohibition, mandamus, or certiorari herein denied. *Mr. Clarence C. Fowler* for petitioners.

---

No. 46. TITLE GUARANTY & TRUST COMPANY ET AL., EXECUTORS, ETC. *v.* WILLIAM H. EDWARDS, COLLECTOR OF INTERNAL REVENUE, ETC. Error to the District Court of the United States for the Southern District of New York. Argued October 4, 1923. Decided October 8, 1923. Per *Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. James F. Brady* for plaintiffs in error. *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the briefs, for defendant in error.